# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM BUSH,<br><br>   *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF ARGRICULTURE, et al.,<br><br>   *Defendants*. | Civil Action No. 1:20-cv-00068 (CJN) |

## ORDER

This matter is before the Court on Defendants' Motion for Summary Judgment, ECF No. 17, and Plaintiff's Cross-Motion for Summary Judgment, ECF No. 20. For the reasons discussed in the accompanying Memorandum Opinion, it is

**ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**; and

**ORDERED** that Plaintiff's Cross-Motion for Summary Judgment is **DENIED**.

The Clerk is **DIRECTED** to close this case.

This is a final, appealable order.

DATE: September 30, 2021

                CARL J. NICHOLS
                United States District Judge